**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

EARNEST CONROD, JR.
REG #09239-042                                                                                      PLAINTIFF

V.                                          2:03CV00183 GH/HDY

WILLIAM HASKIN, *et al.*                                                                    DEFENDANTS

## ORDER

Pending before the Court is the Motion of Defendants Thompson, Watts, and Bryant, to

strike Plaintiff's Notice of appeal (docket entry #82).  Defendants assert that Plaintiff's appeal

should be dismissed because it is premature.  Although the appeal may be premature, that is a

jurisdictional question that must be addressed by the Court of Appeals.  Accordingly, Defendants'

Motion before the District Court seeking to dismiss the appeal must be denied.

IT IS THEREFORE ORDERED THAT Defendants' Motion to strike Plaintiff's Notice of

appeal (docket entry #82), be DENIED.

DATED this 15th day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE