**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

EARNEST CONROD, JR.
REG #09239-042                                                                                                                                    PLAINTIFF

V.                             2:03CV00183 GH/HDY

WILLIAM HASKIN, *et al.*                                                                              DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and Plaintiff's objections. After carefully considering Plaintiff's objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. This action is DISMISSED WITH PREJUDICE due to Plaintiff's failure to introduce sufficient evidence to create a fact issue to be submitted to a jury.

2. All pending Motions are DENIED AS MOOT.

DATED this 25th day of January, 2006.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE